IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 9:23-cr-461 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| **LORENZO BOLES** | ) | |
| | ) | **INDICTMENT** |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about November 17, 2022, in the District of South Carolina, the Defendant, **LORENZO BOLES,** knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a, Smith & Wesson, SD40VE, .40 caliber pistol and .40 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE**

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **LORENZO BOLES**, shall forfeit to the United States all the Defendant's rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

  (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearm:

Smith & Wesson SD40VE, .40 caliber pistol
Serial Number: FDJ2709

Ammunition:

Miscellaneous rounds of .40 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A _____ *True* _____ BILL

███████████████████████████████████

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
J. Carra Henderson (Fed. ID # 12229)
Special Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: carra.henderson@usdoj.gov